UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WARREN PHILLIPS,<br><br>Plaintiff,<br><br>v.<br><br>DOTTY'S STATION CASINO, DOTTY'S EMPLOYEES, LATESHA JEAN HUNTER, AMY, Supervisor, and A.J., bartender,<br><br>Defendants. | Case No. 2:21-cv-02012-APG-EJY<br><br>**ORDER** |

On January 19, 2022, the Court issued a Report and Recommendation, recommending this case be dismissed for lack of subject matter jurisdiction. ECF No. 6. On February 11, 2022, the Court adopted the Report and Recommendation as stated and the case was closed. ECF No. 7. On March 11, 2022, Plaintiff filed a Motion to Extend Time appearing to request an extension, the nature of which is unclear. ECF No. 8. Plaintiff is homeless and does not have regular access to mail. While this would be problematic if Plaintiff was asserting a claim over which the federal court has jurisdiction, Plaintiff asserts claims against Nevada a non-diverse set of defendants depriving the Court of such jurisdiction.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Extend (ECF No. 8) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of Court shall send one copy of the Court's Report and Recommendation (ECF No. 6) and Order adopting the Report (ECF No. 7), together with a copy of this Order, to Plaintiff's mailing address listed on the envelope in which his instant Motion arrived. This address is:

1341 Hassel Avenue
Las Vegas, Nevada 89106.

Dated this 14th day of March, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE